IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORGE CHAVEZ | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3:20-cv-240 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Patricia L. Dodge |
| WARDEN, MOSHANNON VALLEY | ) | |
| CORRECTIONAL INSTITUTION, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM ORDER**

Jorge Chavez is a federal prisoner. He is serving a sentence imposed by the United States

District Court for the Southern District of Florida ("sentencing court"). He is currently housed at

FCI McDowell, which is located in Welch, West Virginia.

In November 2020, Chavez initiated this federal habeas case under 28 U.S.C. § 2241 in his

sentencing court without payment of the $5.00 filing fee or the filing of a motion for leave to

proceed *in forma pauperis*. He requests that the Bureau of Prisons ("BOP") grant him sentence

credit for time served in a Peruvian prison while he awaited extradition to the United States.

In December 2020, the case was transferred to this Court because at that time Petitioner

was housed at Moshannon Valley Correctional Center ("Moshannon"), which was located within

the territorial boundaries of this Court. Until recently, Moshannon was a private prison operating

under contract with the BOP.

By order dated December 23, 2020, this Court administratively closed the case and advised

Chavez that he could reopen it if he paid the $5.00 filing fee or filed a motion for leave to proceed

*in forma pauperis*. (ECF No. 11.) Chavez paid the $5.00 filing fee on May 25, 2021. (ECF No.

18.)

1

Because Chavez has paid the filing fee, the Court will direct the Clerk of Court to reopen the case and file his petition.

Additionally, because Chavez is no longer housed at Moshannon and is now housed at FCI McDowell, the Court will also instruct the Clerk of Court to: (a) terminate the Warden of Moshannon as the Respondent in this action and substitute in his or her place the Warden of FCI McDowell; and (b) transfer the case to the United States District Court for the Southern District of West Virginia, which is the federal judicial district within which FCI McDowell is located. The Court will do so because the Warden of FCI McDowell is Chavez's custodian and, therefore, he or she is now the proper respondent in this action. Moreover, a § 2241 habeas petition must be filed in the district in which the petitioner is confined. As the Court of Appeals has explained:

> [t]he prisoner must direct his petition to "the person who has custody over him." § 2242; *see also Wales v. Whitney*, 114 U.S. 564, 574, 5 S.Ct. 1050, 29 L.Ed. 277 (1885); *Braden v. 30th Judicial Circuit Court of Ky.*, 410 U.S. 484, 494-95, 93 S.Ct. 1123, 35 L.Ed.2d 443 (1973). Longstanding practice under this immediate custodian rule "confirms that in habeas challenges to present physical confinement ... the default rule is that the proper respondent is the warden of the facility where the prisoner is being held." *Rumsfeld v. Padilla*, 542 U.S. 426, 435, 124 S.Ct. 2711, 159 L.Ed.2d 513 (2004). And under the statute's jurisdiction of confinement rule, district courts may only grant habeas relief against custodians "within their respective jurisdictions." § 2241(a); *see also Braden*, 410 U.S. at 495, 93 S.Ct. 1123 ("[T]he language of § 2241(a) requires nothing more than that the court issuing the writ have jurisdiction over the custodian.").

*See, e.g., Bruce v. Warden Lewisburg USP*, 868 F.3d 170, 178 (3d Cir. 2017); s*ee also United States v. Ballard*, 512 F. App'x 152, 153 (3d Cir. 2013) ("A § 2241 petition must be filed in the district of confinement…which is the only district with jurisdiction to hear the challenge.") (citations omitted); 28 U.S.C. § 1631 (when a district court lacks jurisdiction it can "in the interest of justice, transfer such action…to any other court…in which the action…could have been brought at the time it was filed.")

Based upon the foregoing, it is ORDERED that the Clerk of Court shall:

1.  reopen the case and file Chavez's petition (ECF No. 1);

2.  terminate "Warden, Moshannon Valley Correctional Institution" as the Respondent in this case and substitute in his or her place "Warden, FCI McDowell"; and

3.  transfer forthwith this case to the United States District Court for the Southern District of West Virginia.


So ORDERED this 27th day of May, 2021.


/s/ Patricia L. Dodge
PATRICIA L. DODGE
United States Magistrate Judge